UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-69-MOC

| DAVID M. THOMPSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| U.S JUSTICE DEP'T, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Reconsideration of this Court's prior Order (Doc. No. 19) granting Defendant's Motion to Continue Consideration of Summary Judgment and for an Order Scheduling Briefing. (Doc. No. 20).

Plaintiff's Motion for Reconsideration (Doc. No. 20) is **DENIED**. The Court appropriately found in its prior order that it was premature to consider Plaintiff's pending summary judgment motion before the parties have engaged in discovery.

Signed: August 24, 2023

Max O. Cogburn Jr
United States District Judge