IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00069-MOC-WCM

| | |
|---|---|
| DAVID M. THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| U.S. JUSTICE DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on a Joint Motion to Stay (the "Motion," Doc. 26), by which the parties request a stay of this litigation for fifty-six days, through and including October 31, 2023, in order to conduct settlement discussions.

To the extent the Motion seeks a stay of this matter in its entirety, the request is **DENIED**.

However, to the extent the Motion seeks an extension of the deadline for Defendant to answer Plaintiff's Complaint, the Motion is **GRANTED IN PART**, and Defendant's answer deadline is **EXTENDED** through and including October 6, 2023.

It is so ordered.

Signed: September 7, 2023

W. Carleton Metcalf
United States Magistrate Judge