# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| David M. Thompson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:23-cv-00069-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. Justice Department**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2023 Order.

November 21, 2023

_Katherine H. Simon_
Katherine Hord Simon, Clerk
United States District Court